IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SPELLMAN,
    Petitioner,

vs.                                            Case No.:  3:11cv242/MCR/EMT

SEC'Y, DEP'T OF CORR.,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 30, 2012 (doc. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.[1]

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 18) is **GRANTED**.

    3.    The amended petition for writ of habeas corpus (doc. 4) is **DISMISSED with prejudice** as untimely.

---

[1] The petitioner was granted an additional 45 days to file objections by order dated June 15, 2012, and to date, no objections have been filed.

4.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 16th day of August, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:11cv242/MCR/EMT*